IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Wynstone Village Townhome Association, Inc., | ) ) | |
| Plaintiff, | ) ) | Case No: 3:17 CV 50216 |
| v. | ) ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Kit's Property Group, LLC, et al. Defendants. | ) ) | |

## ORDER, REPORT AND RECOMMENDATION

Status and motion hearing held on 8/24/2017. Defendant Kit's Property Group, LLC was not present. Plaintiff has no objection to the federal defendants' motion to vacate and dismiss [6]. Accordingly, it is this Court's Report and Recommendation that defendants' motion [6] be granted. Any objection to this Report and Recommendation shall be filed by 9/7/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:02)
Date: August 24, 2017                                   /s/ Iain D. Johnston
                                                        U.S. Magistrate Judge