## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Wynstone Village Townhome Association, Inc., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No: 17 C 50216 |
| Kit's Property Group, LLC, et al., | ) ) ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

### ORDER

Before the court is a report and recommendation ("R&R") [12] from the magistrate judge recommending that federal defendants' motion to vacate and dismiss [6] be granted. After being afforded a sufficient opportunity, neither party has offered any objection to the R&R. Accordingly, there being no written objection to the R&R of the magistrate judge, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the R&R, the court accepts the R&R and grants federal defendants' motion to vacate and dismiss.

Date: 9/11/2017                                ENTER:

                                                                    _____
                                                                    FREDERICK J. KAPALA
                                                                    District Judge